```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  GLENN L. BOYD, JR., aka       ) Case No. ED CV 07-1651-RSWL(RC)
    GLENN LESLIE BOYD, JR.,       )
12                                )
                 Petitioner,      ) JUDGMENT
13                                )
    vs.                           )
14                                )
    VICTOR M. ALMAGER, WARDEN (A),)
15                                )
                 Respondent.      )
16  _____)
17
18       IT IS ADJUDGED that Judgment be entered denying the petition and
19  dismissing the action with prejudice.
20
                                       /s/
21  DATED:   December 9, 2009     _____
                                  HONORABLE RONALD S.W. LEW
22                                SENIOR, U.S. District Court Judge
23
24
25
26  R&R\07-1651.jud
    11/17/09
27
28
```